# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JACOB DAKOTA VARNER, Appellant, vs. THE STATE OF NEVADA, Respondent. | No. 73516 |
| JACOB DAKOTA VARNER, Appellant, vs. THE STATE OF NEVADA, Respondent. | No. 73517 |
| JACOB DAKOTA VARNER, Appellant, vs. THE STATE OF NEVADA, Respondent. | No. 73538 ✓ |

FILED

SEP 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying a motion to challenge attorney fees, denying a motion to extend prison copywork limit, and denying a motion for production of documents, papers, pleadings, and tangible property. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Robert W. Lane, District Judge
Jacob Dakota Varner
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk